# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.   4:17 CR 435 CDP (JMB) |
| ) | |
| **DENNIS M. SUELLENTROP, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE AN AMENDED RESPONSE

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Jeffrey B. Jensen, and Robert F. Livergood, Assistant United States Attorney for said district, and files its Motion for Leave to File an Amended Response for the following reasons:

1. On January 23, 2109, defendant filed his motion to suppress.

2. On February 5, 2018, the Government filed its response in opposition to defendant's motion to suppress.

3. After filing the response, the below signed found typographical errors. Additionally, the below signed has clarified and added to the government's response.

4. As a result, the Government seeks leave to file "Government's Amended Response in Opposition to Defendant's Motion to Suppress Evidence.

5. The purpose of filing the response is to assist the Court in making its determination, not to cause in any delay.

1

Wherefore, the Government seeks leave to file the "Government's Amended Response in Opposition to Defendant's Motion to Suppress Evidence."

        Respectfully submitted:

        JEFFREY B. JENSEN
        United States Attorney

        *s/Robert F. Livergood*
        ROBERT F. LIVERGOOD 35432MO
        Assistant United States Attorney
        111 S. 10th Street, Room 20.333
        St. Louis, Missouri 63102

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Joseph Hogan
Attorney for the Defendant.

        s/*Robert F. Livergood*
        ROBERT F. LIVERGOOD, 35432MO
        Assistant United States Attorney